IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBIE DOZIER, ORA CLAY and  \*
ADA FULLER,  \*
  \*
      Plaintiffs,  \*
vs.  \*  No. 4:12-cv-00627-SWW
  \*
  \*
RICHARD HARRIS and  \*
FREDDIE HELLUM,  \*
  \*
      Defendants.  \*

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 12th day of October 2012.

                /s/Susan Webber Wright
                UNITED STATES DISTRICT JUDGE